IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:12-CV-83-BO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| HARRELL MEDICAL TRANSPORT, INC., PHYLLIS HARRELL, and PAUL LYNN TRUEBLOOD, | ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on plaintiff and defendants' joint motion for stay of civil proceedings and stay of entry of scheduling order. The parties have requested a stay in this matter due to the pending related criminal actions: *United States v. Phyllis Harrell*, No.2:12-CR-24-BO-1, and *United States v. Paul Lynn Trueblood*, No. 2:12-CR-24-BO-2. Upon consideration and review, the Court GRANTS the parties' motion for stay of civil proceedings and stay of entry of scheduling order. This matter shall be STAYED until the resolution of the related criminal proceedings.

SO ORDERED.

This ____14____ day of February, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE